# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILY PRAKONKHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-0898 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JANUARY 22, 2019 |

The Court ordered Defendant to show cause why sanctions should not be imposed for failure comply with the Court's order to serve a response to Plaintiff's letter brief. In the alternative, Defendant was directed to file a proof of service of the responsive brief. (Doc. 14) The same day, Defendant filed a proof of service indicating Plaintiff was served with the letter brief by email on January 22, 2019. (*See* Doc. 15 at 2) Accordingly, the Order to Show Cause dated January 22, 2018 (Doc. 14) is **DISCHARGED**.

IT IS SO ORDERED.

　Dated: **January 28, 2019**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1