# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILY PRAKONKHAM, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:18-cv-0898 - JLT <br><br> ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT <br><br> (Doc. 24) |

Lily Prakonkham and the Commissioner of Social Security stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 24) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $6,250.00 are **AWARDED** to Lily Prakonkham.

IT IS SO ORDERED.

Dated: __**October 11, 2019**__         __**/s/ Jennifer L. Thurston**__
                                                                       UNITED STATES MAGISTRATE JUDGE